# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| DEBBIE GAUGH, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>POSTAL FLEET SERVICES, INC., *et al.*,<br><br>　　　　Defendants. | Case No.:<br><br>3:21-cv-00829-BJD-JBT<br><br><br>**JURY TRIAL DEMANDED**<br><br><br>*ELECTRONICALLY FILED* |

## JOINT STATUS REPORT

Pursuant to the Court's October 28, 2021 Order (Doc. 29), the undersigned Legal Counsel for the parties in the above-captioned matter file this Joint Status Report, as follows:

1.　The parties have continued to engage in good faith settlement discussions and are working with counsel in the related cases of *Massie, et al. v. Postal Fleet Services, Inc., et al.*, Civil Action No. 3:21-cv-618, currently pending in the Middle District of Florida, and *Pair, et al. v. Postal Fleet Services, Inc., et al.*, Civil Action No. 5:21-cv-759, currently pending in the Western District of Oklahoma, to explore a resolution that would resolve all three cases.

2.　Because of the complexities involved in coordinating discussions between all parties, counsel request that the Court extend the Stay of all deadlines

an additional sixty (60) days, until March 11, 2022, to allow the parties to continue to work towards a resolution without having to expend additional resources in litigating this matter and responding to pending motions.

WHEREFORE, counsel for Plaintiffs and Defendants respectfully request that the Stay of all deadlines be extended until March 11, 2022.

Respectfully submitted,

| **WEINMAN & ASSOCIATES** | **JOANN M. BRICKER, P.A.** |
|---|---|
| /**s**/ *Michael L. Weinman* | */s/ Joann M. Bricker* |
| Michael K. Weinman (TN 15074) | Joann M. Bricker (FL 338710) |
| Admitted *Pro Hac Vice* | 135 Pelican Pointe Road |
| 101 N. Highland Ave. | Ponte Vedra, FL 32081 |
| Jackson, TN 38302 | (904) 342-2417 |
| (731)423-5565 | |

**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**

*/s/J. Russ Bryant*
J. Russ Bryant (TN 33830)
Admitted *Pro Hac Vice*
Robert E. Turner, IV (TN BPR # 35364)
Admitted *Pro Hac Vice*
Robert E. Morelli, III (TN BPR #037004)
Admitted *Pro Hac Vice*
262 German Oak Drive
Memphis, TN 38018
(901) 754-8001

**GORDON & PARTNERS, P.A.**

Mark Hanson, FL 621651
4114 Northlake Blvd.
Palm Beach Gardens, FL 33420
(561) 799-5070

*Counsel for Plaintiffs*


*/s/ Zachary B. Busey*
Zachary B. Busey
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
First Tennessee Building, Suite 2000
165 Madison Avenue
Memphis, Tennessee 38103
Telephone: (901) 526-2000
zbusey@backerdonelson.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

    I, J. Russ Bryant, hereby certify that the foregoing **Joint Status Report** has been filed electronically and is available for viewing and downloading through the Court's Electronic Case Filing (ECF) System. Upon the electronic filing of a pleading or other document, the Court's ECF System will automatically generate and send a Notice of Electronic Filing to all Filing Users associated with that case. Transmission of the Notice of Electronic Filing constitutes service of the filed document. Accordingly, service was made to all counsel of record in this matter.

| | |
|---|---|
| <u>January 7, 2022</u> | <u>*/s/ J. Russ Bryant*</u> |
| Date | J. Russ Bryant |